# United States Court of Appeals
## For the First Circuit

No. 05-1822

UNITED STATES OF AMERICA,

Appellee,

v.

JUAN MANUEL CRUZADO-LAUREANO, a/k/a Manny,

Defendant, Appellant.

ERRATA SHEET

The opinion of this Court issued on March 14, 2006 is amended as follows:

On page 13, line 14, replace "3B3.1" with "3B1.3".